**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Philip A. Smarestsky<br>　　　　　　　　　Debtor | |
| Lakeview Loan Servicing, LLC, its successors and/or assigns<br>　　　　　　　　　Movant<br>　　　　v.<br>Philip A. Smarestsky<br>　　　　　　　　　Respondent<br>　　　　and<br>Ronda J. Winnecour, Trustee<br>　　　　　　　　　Additional Respondent | BK. NO. 16-20054 CMB<br><br>CHAPTER 13<br><br>Related to Docket #___26___<br><br><br>**ENTERED BY DEFAULT** |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

　　AND NOW, this 10th day of November, 2016, at Pittsburgh, upon Motion of Lakeview Loan Servicing, LLC, its successors and/or assigns, it is

　　**ORDERED THAT:** The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 312 Westbrook Dr, Butler, Pa 16001 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　　　　*Carlota M. Böhm*
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge    dmr

FILED
11/10/16 10:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Philip A. Smarestsky
    Debtor

Case No. 16-20054-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric    Page 1 of 1    Date Rcvd: Nov 10, 2016
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2016.
db    +Philip A. Smarestsky,   124 Whitestown Road,   Lyndora, PA 16045-1158

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2016    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2016 at the address(es) listed below:
    Andrew F Gornall   on behalf of Creditor   Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,
     bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
    Dai Rosenblum   on behalf of Debtor Philip A. Smarestsky dunmyrem@zoominternet.net,
     dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
    Joshua I. Goldman   on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
    Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
    TOTAL: 5