**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | ) |
| | ) |
| PHILIP A. SMARESTSKY, | ) |
| | ) Bankruptcy No. 16-20054-CMB |
| Debtor. | ) |
| | ) Chapter 13 |
| | ) |
| PHILIP A. SMARESTSKY, | ) |
| | ) Related to Document No.: 36, 37 |
| Movant, | ) |
| | ) Hearing Date: 05/10/2017 |
| v. | ) |
| | ) Hearing Time: 10:00 AM |
| NO RESPONDENT. | ) |
| | ) Response Deadline: 4/21/2017 |
| RONDA J. WINNECOUR, Trustee. | ) |

**CERTIFICATE OF SERVICE OF MOTION TO VOLUNTARILY DISMISS CASE
AND NOTICE SETTING HEARING**

I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on April 4, 2017. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

*Service by First-Class Mail:*

Philip A. Smarestsky
412 North Washington St.
Butler, PA  16001

Angela M. Crawford
147 Crawford Road
Chicora, PA 16025

Armstrong
437 North Main St.
Butler, PA 16001

Butler Area Sewer Authority
100 Litman Road
Butler, PA 16001-3256

Cenlar
P.O. Box 77404
Trenton, NJ 08628

Citi American Airlines Advantage Visa
Citi
P.O. Box 6286
Sioux Falls, SD 57117

Department of Defense Accounting Service
US Dept. Treas Attn: AWG Analyst
PO BOx 830794
Birmingham, AL 35283-0794

ECAST SETTLEMENT CORPORATION
PO BOX 29262
NEW YORK, NY 10087-9262

Foundation Finance Company
P.O. Box 437
Schofield, WI 54476

Foundation Finance Company
C/O Weinstein & Riley, P.S.
2001 Western Ave., Suite #400
Seattle, WA 98121

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Lakeview Loan Servicing, LLC
Cenlar FSB
425 Phillips BLVD
Ewing, NJ 08618

Navy Federal Credit Union
PO Box 3002
Merrifield, VA 22119-9887

Navy Federal Credit Union
PO Box 3000
Merrifield, VA 22119-3000

Pennsylvania American Water
P.O. Box 578
Alton, IL 62002

Pennsylvania American Water Co.
PO Box 371412
Pittsburgh, PA 15230-7412

Peoples Gas Bankruptcy Dept.
Attn. Dawn Linder
375 North Shore Drive
Suite 600
Pittsburgh, PA 15212

Peoples TWP
PO Box 747105
Pittsburgh, PA 15274-7105

Slate from Chase Visa
P.O. Box 15123
Wilmington, DE 19850-5123

United Recovery Services, Inc.
P.O. Box 722929
Houston, TX 77272-2929

Vogel Disposal Service, Inc.
P.O. Box 857
Mars, PA 16046-0857

West Penn Power
5001 NASA Blvd
Fairmont WV 26554

West Penn Power
P. O. Box 3615
Akron, OH 44309-3615

*Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):*

**Ronda J. Winnecour**
Not served directly per Trustee's request, NEF only

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Joshua I. Goldman**
**Lakeview Loan Servicing, LLC**
jgoldman@kmllawgroup.com

**Andrew F Gornall**
**Lakeview Loan Servicing, LLC**
agornall@goldbecklaw.com

**Matthew John McClelland**
**James Warmbrodt**
**Lakeview Loan Servicing, LLC**
bkgroup@kmllawgroup.com

Executed on: April 4, 2017

  /s/ Dai Rosenblum, Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900    Pa. ID# 31802
dailaw@earthlink.net