**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | ) |
| | ) |
| PHILIP A. SMARESTSKY, | ) Bankruptcy No. 16-20054-CMB |
| | ) |
| Debtor. | ) Chapter 13 |
| | ) |
| PHILIP A. SMARESTSKY, | ) |
| | ) Related to Document No.: 36 |
| Movant, | ) |
| | ) Hearing Date: 05/10/2017 |
| v. | ) |
| | ) Hearing Time: 10:00 AM |
| NO RESPONDENT. | ) |
| | ) Response Deadline: 4/21/2017 |
| RONDA J. WINNECOUR, Trustee. | ) |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTOR'S MOTION TO VOLUNTARILY DISMISS CASE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Dismiss Case filed on April 4, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Dismiss Case appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Dismiss Case were to be filed and served no later than April 21, 2017.

It is hereby respectfully requested that the Order attached to the Motion to Dismiss Case be entered by the Court.

April 24, 2017

/s/ Dai Rosenblum
Dai Rosenblum, for the Debtor
254 New Castle Road, Suite B
Butler, PA  16001-2529
(724) 283-2900 PA ID No. 31802
dailaw@earthlink.net