Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Philip A. Smarestsky** | : | Case No. 16−20054−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Doc. No. 36 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **25th day of April, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Philip A. Smarestsky
    Debtor

Case No. 16-20054-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric    Page 1 of 2    Date Rcvd: Apr 25, 2017
                    Form ID: 309    Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2017.
```
db          +Philip A. Smarestsky,    124 Whitestown Road,    Lyndora, PA 16045-1158
cr          +Foundation Finance Company,    2001 Western Ave Suite 400,    Seattle 98121-3132
14160526     Angela M. Crawford,    147 Crawford Road,    Chicora, PA 16025
14160527    +Armstrong,    437 North Main St.,    Butler, PA 16001-4358
14160529    +Cenlar,    P.O. Box 77404,    Trenton, NJ 08628-6404
14160530    +Citi American Airlines Advantage Visa,    Citi,    P.O. Box 6286,    Sioux Falls, SD 57117-6286
14160531     Department of Defense Accounting Service,    US Dept. Treas Attn: AWG Analyst,    PO BOx 830794,
              Birmingham, AL 35283-0794
14235031    +Lakeview Loan Servicing, LLC,    Cenlar FSB,    425 Phillips BLVD,    Ewing, NJ 08618-1430
14160534     Navy Federal Credit Union,    PO Box 3002,    Merrifield, VA 22119-9887
14160536    +Pennsylvania American Water Co.,    PO Box 371412,    Pittsburgh, PA 15250-7412
14160537    +Peoples Gas Bankruptcy Dept.,    Attn. Dawn Linder,    375 North Shore Drive,    Suite 600,
              Pittsburgh, PA 15212-5866
14160538     Peoples TWP,    PO Box 747105,    Pittsburgh, PA 15274-7105
14160539     Slate from Chase Visa,    P.O. Box 15123,    Wilmington, DE 19850-5123
14160541     Vogel Disposal Service, Inc.,    P.O. Box 857,    Mars, PA 16046-0857
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14160528    +E-mail/Text: jschon@basapa.org Apr 26 2017 01:04:10     Butler Area Sewer Authority,
              100 Litman Road,    Butler, PA 16001-3294
14204526     EDI: ECAST.COM Apr 26 2017 00:58:00      ECAST SETTLEMENT CORPORATION,    PO BOX 29262,
              NEW YORK, NY 10087-9262
14160532     E-mail/Text: jguevara@foundationfinance.com Apr 26 2017 01:05:13     Foundation Finance Company,
              P.O. Box 437,    Schofield, WI 54476
14233120    +E-mail/Text: bncmail@w-legal.com Apr 26 2017 01:04:49     Foundation Finance Company,
              C/O Weinstein & Riley, P.S.,    2001 Western Ave., Suite #400,    Seattle, WA 98121-3132
14160533     EDI: IRS.COM Apr 26 2017 00:58:00      Internal Revenue Service,
              Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
14160535     EDI: NFCU.COM Apr 26 2017 00:58:00      Navy Federal Credit Union,    PO Box 3000,
              Merrifield, VA 22119-3000
14172690    +E-mail/Text: csc.bankruptcy@amwater.com Apr 26 2017 01:05:12     Pennsylvania American Water,
              P.O. Box 578,    Alton, IL 62002-0578
14160540     EDI: URSI.COM Apr 26 2017 00:58:00      United Recovery Services, Inc.,    P.O. Box 722929,
              Houston, TX 77272-2929
14160542     E-mail/Text: bankruptcy@firstenergycorp.com Apr 26 2017 01:04:44     West Penn Power,
              P. O. Box 3615,    Akron, OH 44309-3615
14191165    +E-mail/Text: bankruptcy@firstenergycorp.com Apr 26 2017 01:04:44     West Penn Power,
              5001 NASA Blvd,    Fairmont WV 26554-8248
                                                                                               TOTAL: 10
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Lakeview Loan Servicing, LLC
                                                                                TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                                                                            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2017 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Dai Rosenblum    on behalf of Debtor Philip A. Smarestsky dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
          James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
```

```
District/off: 0315-2          User: dric                 Page 2 of 2                   Date Rcvd: Apr 25, 2017
                              Form ID: 309               Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                        TOTAL: 7