# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Philip A. Smarestsky**                                                                 Case No.  **16-20054**
                                                    Debtor(s)                                         Chapter   **13**

## Notice of Change of Address

Debtor's Social Security Number:          **xxx-xx-0748**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:                **Philip A. Smarestsky**

Street:               **124 Whitestown Road**

City, State and Zip:  **Lyndora, PA 16045**

Telephone #:

**Please be advised that effective May 5, 2017,**
**my (our) new mailing address and telephone number is:**

Name:                **Philip A. Smarestsky**

Street:                **412 North Washington Street**

City, State and Zip:  **Butler, PA 16001**

Telephone #:

**/s/ Dai Rosenblum, Esquire**
**254 New Castle Road, Suite B**
**Butler, PA  16001  PA ID 31802**
**Phone: 724-283-2900 FAX 724-287-5302**
**e-mail:  dailaw@earthlink.net**