**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

PHILIP A. SMARESTSKY

Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:16-20054

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 01/07/2016 and confirmed on 02/29/2016 . The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 5,115.40 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 5,115.40 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,000.00 | |
|    Trustee Fee | 202.38 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,202.38 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| FOUNDATION FINANCE CO | 16,333.84 | 1,913.02 | 0.00 | 1,913.02 |
|   Acct: 161 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9416 | | | | |
| | | | | 1,913.02 |
| **Priority** | | | | |
| DAI ROSENBLUM ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PHILIP A. SMARESTSKY | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DAI ROSENBLUM ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ANGELA CRAWFORD | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0748 | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

\*\*\* N O N E \*\*\*

| 16-20054 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|   ARMSTRONG<br>    Acct: 1803 | 0.00 | 0.00 | 0.00 | 0.00 |
|   BUTLER AREA SEWER AUTHORITY<br>    Acct: 9247 | 217.87 | 0.00 | 0.00 | 0.00 |
|   ECAST SETTLEMENT CORP<br>    Acct: 2078 | 2,311.70 | 0.00 | 0.00 | 0.00 |
|   US DEPARTMENT OF TREASURY<br>    Acct: 251A | 0.00 | 0.00 | 0.00 | 0.00 |
|   NAVY FEDERAL CREDIT UNION*<br>    Acct: 6411 | 11,598.78 | 0.00 | 0.00 | 0.00 |
|   NAVY FEDERAL CREDIT UNION*<br>    Acct: 6752 | 425.29 | 0.00 | 0.00 | 0.00 |
|   NAVY FEDERAL CREDIT UNION*<br>    Acct: 2918 | 30,235.42 | 0.00 | 0.00 | 0.00 |
|   PENNSYLVANIA-AMERICAN WTR CO*<br>    Acct: 1789 | 201.88 | 0.00 | 0.00 | 0.00 |
|   PEOPLES NATURAL GAS CO LLC*<br>    Acct: 9617 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PEOPLES TWP LLC*<br>    Acct: 9374 | 0.00 | 0.00 | 0.00 | 0.00 |
|   CHASE<br>    Acct: 0419 | 0.00 | 0.00 | 0.00 | 0.00 |
|   VOGEL DISPOSAL SERVICE INC<br>    Acct: 0279 | 0.00 | 0.00 | 0.00 | 0.00 |
|   WEST PENN POWER**<br>    Acct: 5317 | 242.72 | 0.00 | 0.00 | 0.00 |
|   ANDREW F GORNALL ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   UNITED RECOVERY SERVICES<br>    Acct: 3586 | 0.00 | 0.00 | 0.00 | 0.00 |

*** N O N E ***

TOTAL PAID TO CREDITORS      1,913.02

TOTAL CLAIMED
PRIORITY      0.00
SECURED      16,333.84
UNSECURED      45.233.66

Date: 08/23/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com